Re:     Toyota Motor Credit Corporation (Movant)
                          vs.
        Majeedah Abdullah Scott and Mateen Abdul Scott (Debtors)

Chapter 13
No: 17-11420 MDC
11 U.S.C. Section 362

Date:   April 6, 2018

**Re: Explanation of Our Position to the Notice of Motion, Response Deadline, and Hearing Date
filed by Toyota Motor Credit Corporation d/b/a Movant.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Majeedah Abdullah Scott and Mateen Abdul Scott respectfully file this explanation to request that the
Motion for Relief from the Automatic Stay ("Motion") **not** be granted to Movant.

1.  On April 6, 2018 a payment in the amount of $600 was made to Toyota Financial Services under
    the Vehicle Retail Installment Contract. The confirmation number for the payment is 66112006.

2.  The payment in the amount of $600 reinstates the loan post-petition. The Motion filed by Movant
    states that, "The total amount necessary to reinstate the loan post-petition is $598.90".

3.  We will continue to make monthly payments according to the Vehicle Retail Installment Contract
    in the amount of $199.78.

4.  We had been diligent in making payments under the Vehicle Retail Installment Contract since
    September 27, 2014 and request that we be allowed to maintain possession of the vehicle and
    continue making payments for the remaining term of the Contract.

Again, we respectfully file this explanation to request that Movant **not** be granted the Motion for Relief
from the Automatic Stay. We are re-committed to making monthly payments according to the Contract.

Respectfully Submitted,

Majeedah A. Scott
5519 Warrington Avenue
Philadelphia, PA 19143
(215) 833-9421
majeedahscott@gmail.com

Cc:     Rebecca A. Solarz, Esq.
        Kristine W. Holt
        William C. Miller
        Toyota Motor Credit Corporation

FILED

APR - 9 2018

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK