# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11420-MDC

MAJEEDAH ABDULLAH SCOTT
MATEEN ABDUL SCOTT
5519 WARRINGTON AVE.

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MAJEEDAH ABDULLAH SCOTT
    MATEEN ABDUL SCOTT
    5519 WARRINGTON AVE.

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    KRISTINE W HOLT
    525 S 4TH STREET
    SUITE 240
    PHILADELPHIA, PA 19147-

Date: 8/30/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee