# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** MAJEEDAH ABDULLAH SCOTT

        MATEEN ABDUL SCOTT

        **: CHAPTER 13**

        **:**

        **: BANKRUPTCY NO.** 17-11420-MDC

        **:**

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

        Respectfully submitted,

**4/7/2022**

        /s/ KENNETH E. WEST

        KENNETH E. WEST, Esquire
        Chapter 13 Standing Trustee
        P.O. Box 40837
        Philadelphia PA 19107
        Phone: 215-627-1377