United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-11420-mdc

Majeedah Abdullah Scott  Chapter 13

Mateen Abdul Scott

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Majeedah Abdullah Scott, Mateen Abdul Scott, 5519 Warrington Ave., Philadelphia, PA 19143-4720 |
| 13874812 | | AES/M & T, PO Box 61047, Harrisburg , PA-171061047 |
| 13874813 | | AMERICAN EXPRESS, PO Box 981537, El Paso , TX-799981537 |
| 14615738 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13874811 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, AAA Financial Service, PO Box 982235, El Paso, TX 79998-2235 |
| 13874814 | | Bank of America, PO Box 982238, El Paso , TX-799982238 |
| 13874821 | + | PHILADELPHIA FCU, 12800 Townsend Rd, Philadelphia , PA 19154-1095 |
| 13874823 | | SB1 FEDERAL CREDIT UNION, 200 N 16th St, Philadelphia , PA-191021225 |
| 14615901 | + | U.S. Bank National Association, c/o Andrew Spivack, Esquire, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 29 2022 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13913377 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2022 23:54:05 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13874811 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 23:47:00 | AAA Financial Service, PO Box 982235, El Paso, TX 79998-2235 |
| 13874815 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:54:09 | CAPITAL ONE, PO Box 30281, Salt Lake City , UT-841300281 |
| 13874816 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:54:13 | CAPITAL ONE BANK USA NA, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 13874818 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:54:15 | CITICARDS CBNA, PO Box 6241, Ibs Cdv Disputes, Sioux Falls , SD-571176241 |
| 13874819 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 29 2022 23:47:00 | CITIZENS BANK, 1000 Lafayette Blvd, Bridgeport , CT-066044725 |
| 13875938 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 17-11420-mdc    Doc 64    Filed 05/01/22    Entered 05/02/22 00:33:56    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13874822 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 29 2022 23:47:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| | | | Apr 29 2022 23:47:00 | RBS CITIZENS NA, 1000 LAFAYETTE BLV, BRIDGEPORT, CT 06604 |
| 13964015 | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13940755 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2022 23:54:10 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14019023 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 29 2022 23:47:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13874817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2022 23:54:09 | CHASE CARD, PO Box 15298, Wilmington, DE-198505298 |
| 13940437 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:10 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13921220 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2022 23:47:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13874820 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 29 2022 23:47:00 | Ocwen Loan Servicing, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 13888264 | + | Email/Text: bncnotifications@pheaa.org | Apr 29 2022 23:47:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14615739 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 29 2022 23:47:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 13946479 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2022 23:54:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13875648 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 29 2022 23:54:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13874824 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:54:06 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 13874825 | | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:05 | SyncBank/Amazon, PO Box960013, Orlando, FL 32896-0013 |
| 13874826 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2022 23:47:00 | Toyota Financial Services, Credit Dispute Research Te, PO Box 9786, Cedar Rapids, IA-524090004 |
| 13894881 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 29 2022 23:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13931037 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2022 23:54:09 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13946503 | | U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER, THE POOLING AND SERVICING AGREEMENT, DATED AS OF AUGUST 1, 2006, GSAMP TRUST, 2006-HE5,MORTGAGE PASS-THROUGH, CERTIFICATES, SERIES 2006-HE5, C/O OCWEN LOAN SERVICING, LLC |
| 13895547 | ##+ | Kristine W. Holt, Esq., 525 S. 4th St., Ste. 240A, Philadelphia, PA 19147-1573 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR, et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association, As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR, et.al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association, As Trustee et al paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTINE W. HOLT | on behalf of Joint Debtor Mateen Abdul Scott kristine@holtesq.com |
| KRISTINE W. HOLT | on behalf of Debtor Majeedah Abdullah Scott kristine@holtesq.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor U.S. Bank National Association, As Trustee et al tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR, et.al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Majeedah Abdullah Scott and Mateen
Abdul Scott

    Debtor(s)    Case No: 17−11420−mdc

Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/29/22

63 − 56
Form 138OBJ