United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-11420-mdc

Majeedah Abdullah Scott Chapter 13

Mateen Abdul Scott

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: May 20, 2022      Form ID: 3180W      Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Majeedah Abdullah Scott, Mateen Abdul Scott, 5519 Warrington Ave., Philadelphia, PA 19143-4720 |
| 13874821 | + | PHILADELPHIA FCU, 12800 Townsend Rd, Philadelphia , PA 19154-1095 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 20 2022 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 21 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13913377 | | Email/PDF: bncnotices@becket-lee.com | May 21 2022 00:04:45 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13875938 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 20 2022 23:56:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13964015 | | Email/Text: megan.harper@phila.gov | May 20 2022 23:56:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13940755 | + | EDI: AIS.COM | May 21 2022 03:58:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14019023 | + | Email/Text: ECMCBKNotices@ecmc.org | May 20 2022 23:56:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13940437 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2022 00:04:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13921220 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2022 23:56:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13946479 | | EDI: PRA.COM | May 21 2022 03:58:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13894881 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 20 2022 23:56:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13931037 | + | EDI: AIS.COM | | |

Case 17-11420-mdc   Doc 66   Filed 05/22/22   Entered 05/23/22 00:27:19   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: 3180W | Total Noticed: 14 |

|  | May 21 2022 03:58:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13946503 |  | U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER, THE POOLING AND SERVICING AGREEMENT, DATED AS OF AUGUST 1, 2006, GSAMP TRUST, 2006-HE5,MORTGAGE PASS-THROUGH, CERTIFICATES, SERIES 2006-HE5, C/O OCWEN LOAN SERVICING, LLC |
| 13895547 | ##+ | Kristine W. Holt, Esq., 525 S. 4th St., Ste. 240A, Philadelphia, PA 19147-1573 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR, et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association, As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR, et.al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association, As Trustee et al paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTINE W. HOLT | on behalf of Joint Debtor Mateen Abdul Scott kristine@holtesq.com |
| KRISTINE W. HOLT | on behalf of Debtor Majeedah Abdullah Scott kristine@holtesq.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor U.S. Bank National Association, As Trustee et al tomysong0@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: 3180W | Total Noticed: 14 |

THOMAS SONG
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS SUCCESSOR, et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Majeedah Abdullah Scott<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5724<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mateen Abdul Scott<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5937<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   17–11420–mdc | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Majeedah Abdullah Scott                    Mateen Abdul Scott

<u>5/19/22</u>                    **By the court:** <u>Magdeline D. Coleman</u>
                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**