Case 17-11420-mdc   Doc 71   Filed 09/14/22   Entered 09/15/22 00:33:21   Desc Imaged
Certificate of Notice   Page 1 of 3

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 17-11420-mdc

Majeedah Abdullah Scott                                      Chapter 13

Mateen Abdul Scott

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 12, 2022 | Form ID: 195 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Majeedah Abdullah Scott, Mateen Abdul Scott, 5519 Warrington Ave., Philadelphia, PA 19143-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ECMCBKNotices@ecmc.org | Sep 12 2022 23:48:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 23:54:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022                               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association, As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: 195 | Total Noticed: 3 |

ANDREW L. SPIVACK
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS SUCCESSOR, et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS SUCCESSOR, et.al. jblank@avallonelaw.com

JEROME B. BLANK
    on behalf of Creditor U.S. Bank  National Association, As Trustee et al jblank@avallonelaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KRISTINE W. HOLT
    on behalf of Debtor Majeedah Abdullah Scott kristine@holtesq.com

KRISTINE W. HOLT
    on behalf of Joint Debtor Mateen Abdul Scott kristine@holtesq.com

MARIO J. HANYON
    on behalf of Creditor U.S. Bank  National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS SUCCESSOR, et.al. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor U.S. Bank  National Association, As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Majeedah Abdullah Scott and Mateen Abdul Scott : Case No. 17−11420−mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 12, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

70
Form 195